STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DIAMOND LOVE, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Frank Fink* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Peter Murray* for the respondent.

December 7, 1964. ▆▆▆▆

CECELIA BARNES, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
BOARD OF EDUCATION OF THE CITY OF JERSEY CITY,
DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 85 *N. J. Super.* 42.

*Mr. John J. Witkowski* and *Mr. William A. Massa* for the
petitioner.

*Mr. Francis X. Hayes* for the respondents.